1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JEFFREY A. THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUN & BRADSTREET CREDIBILITY CORP.,<br><br>Defendant. | Case No. CV15-03194 BRO (GJSx)<br><br>**ORDER GRANTING EXTENSION OF HEARING DATE**<br><br>Judge: Hon. Beverly Reid O'Connell |
|---|---|

# ORDER

Upon its review and consideration of the parties' June 20, 2016 Joint Status Report informing the Court that the parties have reached agreement on the principal terms of a class action settlement that resolves all claims in this matter,

IT IS HEREBY ORDERED that the parties shall file a motion for preliminary approval of the proposed settlement, together with all accompanying documents, on or before August 4, 2016, or provide a Joint Status Report to the Court by that date; and

IT IS FURTHER ORDERED that the July 6, 2016 deadline to file for class certification and all other deadlines in this action are vacated.

**IT IS HEREBY ORDERED**

Dated: June 22, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE