1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                           WESTERN DIVISION
11

| 12 | JEFFREY A. THOMAS, individually and on behalf of all others similarly situated, | Case No. CV15-03194 BRO (GJSx) |
|---|---|---|
| 13 | | **ORDER GRANTING EXTENTION OF DEADLINE TO FILE PRELIMINARY APPROVAL MOTION (DKT. 54)** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | DUN & BRADSTREET CREDIBILITY CORP., | |
| 17 | | |
| 18 | Defendant. | |

19
20
21
22
23
24
25
26
27
28

1313757.1

# ORDER

Upon its review and consideration of the parties' August 3, 2016 Joint Status Report informing the Court that the parties are conducting confirmatory discovery, finalizing the terms of a class action settlement that resolves all claims in this matter, and preparing all necessary pleadings and exhibits,

IT IS HEREBY ORDERED that the parties shall file a motion for preliminary approval of the proposed settlement, together with all accompanying documents, on or before August 25, 2016, or provide a Joint Status Report to the Court by that date; and

IT IS FURTHER ORDERED that the August 4, 2016 deadline to file for class certification and all other deadlines in this action are vacated.

Dated: August 5, 2016        By: _____
                             HON. BEVERLY REID O'CONNELL
                             UNITED STATES DISTRICT JUDGE

1313757.1                         2