1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JEFFREY A. THOMAS, individually and on behalf of all others similarly situated, | Case No. CV15-03194 BRO (GJSx) |
|---|---|
| Plaintiff, | **ORDER GRANTING EXTENSION OF DEADLINE (DKT. 56)** |
| v. | |
| DUN & BRADSTREET CREDIBILITY CORP., | Judge: Hon. Beverly Reid O'Connell |
| Defendant. | |

1313757.1

# ORDER

Upon its review and consideration of the parties' August 25, 2016 Joint Status Report informing the Court that the parties are finalizing the terms of a class action settlement that resolves all claims in this matter, and preparing all necessary pleadings and exhibits,

IT IS HEREBY ORDERED that the parties shall file a motion for preliminary approval of the proposed settlement, together with all accompanying documents, on or before September 8, 2016, or provide a Joint Status Report to the Court by that date; and

IT IS FURTHER ORDERED that the motion for preliminary approval shall be noticed for hearing on September 26, 2016.

Dated: August 26, 2016      By: _____
                            HON. BEVERLY REID O'CONNELL
                            UNITED STATES DISTRICT COURT

1313757.1                           2