UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:15−cv−03194−BRO−GJS          Date   9/26/2016
Title      JEFFREY A THOMAS V. DUN AND BRADSTREET CREDIBILITY CORP

Present :   The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Hutchinson | Catherine Kim |
| Aaron Siri | Isaac J. Colunga |

**Proceedings:**   MOTION(S) HEARING (Non-Evidentiary) (Held & Completed)

PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, [58] (Filed 9/8/16)

Matter called. Counsel state their appearances for the record. Court questions counsel as stated in court and on the record on above motion(s) and invites counsel to present their oral arguments. Arguments by counsel are heard.

The matter is taken under submission, a written order to follow.

**IT IS SO ORDERED.**

:05
Initials of Preparer:  rfi