# EXHIBIT A

Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Attorneys for Objector/Class Member,
DANIEL HALL

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY A. THOMAS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DUN & BRADSTREET CREDIBILITY CORP., <br><br> Defendant. | Case No. 2:15-CV-03194-BRO-GJS <br><br><br><br><br><br> The Honorable Beverly Reid O'Connell |

## DECLARATION OF DANIEL HALL IN SUPPORT OF OBJECTION

Comes now DANIEL HALL and states the following under oath and under penalty of perjury in support of his objection:

"My name is Daniel Hall. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge."

"My current address is 4159 Steck Ave., Unit 112, Austin, Texas 78759. My phone number is (361) 510-4981."

"I am an individual who between April 28, 2011 and January 31, 2016, received a non-emergency Call from or on behalf of Dun & Bradstreet Credibility Corp., Dun & Bradstreet Emerging Businesses Corp., Credibility Corp., or Brad Acquisition Corp., to a cellular telephone through the use of an automated telephone dialing system."

"I received a post card notice of the Settlement in this case and filed a claim on the settlement website. Attached as Exhibit 1 is a true and correct copy of the post card notice I received. Attached as Exhibit 2 is a true and correct copy of the confirmation that I received after filing my claim."

"I have not opted out of the Settlement."

"I object to the proposed settlement of *Thomas v. Dun & Bradstreet Credibility Corp.*, Case Number CV 15-03194 BRO (GJSx) (C.D. Cal.) for the reasons stated in my objection."

Dated this the 6th of January, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Daniel Hall

# EXHIBIT A-1

Credibility TCPA Settlement Claims Administrator
P.O. Box 43437
Providence, RI 02940-3437

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626

## LEGAL NOTICE

Postal Service: Please do not mark barcode

P0026-S3247-B0001*******AUTO**5-DIGIT 78759

DBT-10213425-1
PIN: 125866
Daniel Hall
1001 Property Solutions L L C
4159 Steck Ave Unit 112
Austin, TX 78759-8512

See other side for details

## DBT



### Claim Form

Your Claim Form must be postmarked by **February 6, 2017**, for your claim to be accepted. (This Claim Form should only be used if a claim is being mailed in and is not being filed online at http://www.CredibilityTCPASettlement.com or through the telephone claim filing services at 1-888-344-6707.)

**(1) Cellular Phone Number(s)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Cellular Telephone Number 1                     Cellular Telephone Number 2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Cellular Telephone Number 3                     Cellular Telephone Number 4

**(2) Eligibility Confirmation**

I certify that between April 28, 2011 and January 31, 2016, the Cellular Phone Number(s) listed above received nonemergency call(s) from or on behalf of Dun & Bradstreet Emerging Business Corp., Dun & Bradstreet Credibility Corp., Credibility Corp. and/or Brad Acquisition Corp. through the use of an automatic telephone dialing system, which I did not consent to receive.

**(3) Distribution Selection**

To receive a secure Digital Disbursement through ClearXchange, please enter _either_ the Mobile Phone Number _or_ Email Address you used to sign up for ClearXchange. Please do **not** provide both the Mobile Phone Number and Email Address as this could cause an issue with your Digital Disbursement. If you would like to receive a digital disbursement but have not previously signed up with ClearXchange, you can sign up on the ClearXchange website at www.clearxchange.com/payments/get-started. If you do not elect Digital Disbursement or if the information you provide below is invalid, you will receive payment via check.

Mobile Phone Number   | | | | | | | | | | |   **OR**

Email   | | | | | | | | | | | | | | | | | | |

Claim Forms must be mailed and postmarked to the following address by **February 6, 2017**.

Credibility TCPA Settlement Claims Administrator
P.O. Box 43437
Providence, RI 02940-3437

DBT-10213425-1

*Legal Notice*

If you received a non-emergency call from or on behalf of Dun & Bradstreet Credibility Corp. to a cellular telephone through the use of an automatic telephone dialing system, you may be eligible to receive a payment from a class action settlement.

Si ha recibido una llamada que no sea de emergencia de o en nombre de Dun & Bradstreet credibilidad Corp. a un teléfono celular a través de la utilización de un sistema automático de llamadas telefónicas, usted puede ser elegible para recibir un pago de un acuerdo de demanda colectiva.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $10,500,000 Settlement has been reached in a putative class action lawsuit alleging that Dun & Bradstreet Credibility Corp. ("DBCC") used an automatic telephone dialing system to call cell phones without the prior express consent of the recipients. DBCC denies that it did anything wrong and the Court has not decided who is right.

**Who Is Included?** The Court decided that the Settlement Class includes all individuals who:

between April 28, 2011 and January 31, 2016, received a nonemergency Call from or on behalf of Dun & Bradstreet Credibility Corp., Dun & Bradstreet Emerging Businesses Corp., Credibility Corp., or Brad Acquisition Corp. (collectively, the "Related Entities") to a cellular telephone through the use of an automatic telephone dialing system.

**What Are the Settlement Terms?** DBCC and the Related Entities have put in place certain practice changes designed to prevent violations the TCPA's provisions on dialing cell phones using an automatic telephone dialing system. A Settlement Fund of $10,500,000 has been established to pay valid claims, attorneys' fees and costs, a service award, and settlement administration costs and expenses. Any remaining monies totaling $200,000 or less from uncashed Settlement checks will be paid to a non-profit charity selected by the parties and approved by the Court.

**How Can I Get a Payment?** To get a payment in the form of a check or electronic payment, you must submit a claim. You can submit your claim online, through the Settlement hotline, or by mail. It is estimated that payments will be between $60 and $120. The amount of the actual cash payment will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **February 6, 2017**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **January 7, 2017**. If you do not exclude yourself, you will release your claims against DBCC and the Related Entities. You may object to the Settlement by **January 7, 2017**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on **March 20, 2017**, to consider whether to approve the Settlement, a request for attorneys' fees of not more than 30% of the Settlement Fund, and a service payment of $10,000 to one Class Representative. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. The Final Approval Hearing date may be subject to change so please check the website for updates. **For more information, call or visit the website.**

www.CredibilityTCPASettlement.com  1-888-344-6707

---

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 1810   PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

CREDIBILITY TCPA SETTLEMENT
CLAIMS ADMINISTRATOR
P.O. BOX 43437
PROVIDENCE, RI 02940-9910

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

DBT

# EXHIBIT A-2



KCC

Thomas v. Dun and Bradstreet Credibility Corp

Home  Case Documents  Frequently Asked Questions  Contact Us

File Claim

Your claim has been submitted. Your Claim ID is: DBT-10213425-1

Please include the above claim number in all future correspondence with the Claims Administrator.

A confirmation email will be sent to the email address provided shortly.